# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT STEARNS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BITER, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:13-cv-02023-LJO-SKO PC<br><br>ORDER (1) DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, (2) DISMISSING ACTION, WITHOUT PREJUDICE, PURSUANT TO 28 U.S.C. § 1915(G), AND (3) DIRECTING CLERK OF COURT TO ENTER JUDGMENT<br><br>(Docs. 1 and 2) |

　　　　Plaintiff Scott Stearns, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 11, 2013. Plaintiff seeks leave to proceed in forma pauperis in this case.

　　　　However, Plaintiff is subject to 28 U.S.C. 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."[1] The Court has reviewed Plaintiff's complaint and his allegations do not satisfy

---

[1] The Court takes judicial notice of the following United States District Court cases: *Stearns v. Johnson,* case number 2:06-cv-03774-UA-RZ (C.D. Cal.) (dismissed Aug. 14, 2006); *Stearns v. Flores, et al.*, case number 5:03-cv-00562-JF (N.D. Cal.) (dismissed Apr. 16, 2007); and *Stearns v. Sala, et al.*, case number 5:05-cv-02443-JF (N.D. Cal.) (dismissed Nov. 14, 2008. These strikes were final prior to the date Plaintiff filed this action. *Silva v. Di Vittorio*, 658 F.3d 1090, 1098-1100 (9th Cir. 2011).

the imminent danger exception to section 1915(g).[2]  *Andrews v. Cervantes*, 493 F.3d 1047, 1055-56 (9th Cir. 2007).  Therefore, Plaintiff must pay the $400.00 filing fee if he wishes to litigate these claims.

Accordingly, the Court HEREBY ORDERS as follows:

1. Plaintiff's motion for leave to proceed in forma pauperis in this action is DENIED;
2. This action is DISMISSED, without prejudice to re-filing accompanied by the $400.00 filing fee; and
3. The Clerk of the Court shall enter judgment.

IT IS SO ORDERED.

Dated:  **January 27, 2014**           /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff alleges that he had been prescribed a soft diet due to an injury to his jaw but his protein drinks were discontinued after he arrived at Kern Valley State Prison, and that he has bone chips in his ankle and foot, but prison officials will not acknowledge the issue or treat it as "medically necessary." (Comp., p. 4.)  Finally, Plaintiff alleges that prison officials are not classifying him correctly, resulting in his placement on a higher security-level yard.